IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE LOW, Revenue Officer,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIE JACKSON, General Partner of Janet and Teacakes,<br><br>        Defendant.<br>_____/ | No. 04-05372 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PETITIONERS' VERIFIED PETITION TO ENFORCE IRS SUMMONS |

   The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation Re: Petitioners' Verified Petition to Enforce IRS Summons.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons is GRANTED.

Dated: 6/24/05                    /s/ CLAUDIA WILKEN
                                  CLAUDIA WILKEN
                                  United States District Judge