IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE LOW, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>WILLIE JACKSON, GENERAL PARTNER OF JANET AND TEACAKES,<br><br>Respondents. | NO. 04-5372 CW (EMC)<br><br>[~~Proposed~~] ORDER ENFORCING SUMMONS |

This matter having come before the Court upon return of an Order to Show Cause heretofore issued by the Court, and the Court having considered the record herein, including the Verified Petition to Enforce Internal Revenue Service Summons, the Proposed Report and Recommendation for disposition of action issued by the Honorable Edward M. Chen, and for good cause shown,

**IT IS HEREBY ORDERED** that the summons is enforced.

**IT IS FURTHER HEREBY ORDERED** that respondent, Willie Jackson, General Partner of Janet and Teacakes, shall appear before Revenue Officer Marlene Low, or any other designated agent of the Internal Revenue Service, on ___July 19, 2005___, at 10:00 a.m., at the offices of the Internal Revenue Service located at 1301 Clay Street, Suite

*[Proposed] Order Enforcing Summons*
*Case No. C-04-5372 CW (EMC)*

1040S, Oakland, California, and then and there give testimony relating to the matters described in the subject of the Internal Revenue Service summons, a copy of which was served upon respondent, Willie Jackson, General Partner of Janet and Teacakes, on August 13, 2004, and to produce for the Revenue Officer's inspection and copying all of the documents requested in the subject Internal Revenue Service summons.

**IT IS FURTHER HEREBY ORDERED** that if the respondent, Willie Jackson, General Partner of Janet and Teacakes, does not appear, give testimony and produce the documents requested in the subject summons as ordered herein, he shall appear before this Court on _September 2, 2005_, at _10:00_ _a_.m., and then and there show cause why he should not be held in contempt of this Order.

**ORDERED** this _24th_ day of _June, 2005_, at Oakland, California.

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

*[Proposed] Order Enforcing Summons*
*Case No. C-04-5372 CW (EMC)*