**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**MARLENE LOW, Revenue Officer,**<br><br>    **Petitioners,**<br><br>**v.**<br><br>**WILLIE JACKSON, GENERAL**<br>**PARTNER OF JANET TEACAKES**<br><br>    **Respondents.** | **No. C-04-5372 CW (EMC)**<br><br><br><br>**ORDER TO SHOW CAUSE** |

The respondent, Willie Jackson, shall appear on September 12, 2005 at 2:30p.m. before the Court in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California, to show cause, if any why he should not be held in contempt for his failure to fully comply with the Court's Order Enforcing Summons entered on June 24, 2005.  This Order To Show Cause is entered upon the Request of the United States for Entry of Order of Contempt against respondent filed on August 23, 2005.

DATED: 8/31/05

_____
CLAUDIA WILKEN
United States District Judge