```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Telefax: (415) 436-6748

Attorneys for the United States of America
```

FILED

SEP 1 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE LOW, Revenue Officer, <br><br>Petitioners, <br><br>v. <br><br>WILLIE JACKSON, GENERAL PARTNER OF JANET AND TEACAKES, <br><br>Respondents. | NO. 04-5372 CW (EMC) <br><br> [~~Proposed~~] **ORDER HOLDING RESPONDENT IN CONTEMPT** |

THIS MATTER came before the Court on September ~~2~~ 12, 2005, at ~~10:00 a.m.~~ 2:30 pm, on the Petitioners' Request for Entry of Order of Contempt against Respondent, to determine whether the Respondent, Willie Jackson, General Partner of Janet and Teacakes, should be held in contempt and imprisoned and/or otherwise penalized for his failure to fully comply with this Court's June 24, 2005, Order Enforcing Summons. The Petitioners appeared through counsel. The Court having read and considered the Petitioners' Request and its supporting papers, the other papers and files in this case, and having heard and considered the evidence and arguments of the parties presented at the hearing, if any, and for good cause shown,

**THE COURT HEREBY FINDS** that pursuant to the June 24, 2005, Order Enforcing

1  Summons, the Respondent, Willie Jackson, General Partner of Janet and Teacakes, was ordered to
2  appear before the Internal Revenue Service on July 19, 2005, and then and there provide documents
3  and testimony in response to the underlying IRS administrative summons served upon him. While the
4  Respondent appeared as ordered, he failed to provide the documents requested in the summons.

5  **THE COURT FURTHER HEREBY FINDS** that the Petitioners have established by clear
6  and convincing evidence that the Respondent has failed to fully comply with the Court's June 24, 2005,
7  Order Enforcing Summons, fulfilling their burden to make a prima facie showing of contempt. United
8  States v. Rylander, 714 F.2d 996, 1001 (9th Cir. 1983).

9  **THE COURT FURTHER HEREBY FINDS** that though the Respondent was provided with
10 an opportunity to establish why he was unable to presently comply with the Court's Order, the
11 Respondent has failed to satisfy this burden.

12 Accordingly,

13 **IT IS HEREBY ORDERED** that the Respondent, Willie Jackson, General Partner of Janet
14 and Teacakes, is in contempt of this Court's June 24, 2005, Order Enforcing Summons. In light of his
15 contempt, the Respondent, Willie Jackson, General Partner of Janet and Teacakes, is fined $ _1000_
16 per day from the date of this Order until the date he fully complies with June 24, 2005 Order Enforcing
17 Summons.

18 **IT IS FUTHER HEREBY ORDERED** that if the Respondent, Willie Jackson, General
19 Partner of Janet and Teacakes, complies with the Juen 24, 2005 Order Enforcing Summons, by
20 appearing before the Internal Revenue Service and producing all documents and testimony as requested
21 in the underlying summons, within ten days of the date of this Order Holding Respondent in Contempt,
22 he will be purged of the monetary fine set forth above.

23 **IT IS FURTHER HEREBY ORDERED** that if the Respondent, Willie Jackson, General
24 Partner of Janet and Teacakes, fails to fully comply with the Court's June 24, 2005 Order Enforcing
25 Summons, by failing to appear before the Internal Revenue Service within ten days of the date of this
26 order and producing all documents and testimony as requested in the underlying summons, he shall
27 immediately thereafter be arrested by the United States Marshals pursuant to this Court's bench
28

1  warrant, and imprisoned until he fully complies with the Court's June 24, 2005 Order Enforcing
2  Summons.

3      **ORDERED** this 12th day of September, 2005.

                                   /s/ Claudia Wilken
                                   THE HONORABLE CLAUDIA WILKEN
                                   United States District Judge