KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Telefax: (415) 436-6748
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE LOW, Revenue Officer, <br><br>Petitioners, <br><br>v. <br><br>WILLIE JACKSON, GENERAL PARTNER OF JANET AND TEACAKES, <br><br>Respondents. | NO.  04-5372 CW (EMC) <br><br>**ORDER VACATING ORDER HOLDING RESPONDENT IN CONTEMPT** |

THIS MATTER came before the Court on the Petitioners' Ex Parte Request for Entry of Order Vacating Order Holding Respondent in Contempt.  Petitioners, United States of America and Marlene Low, Revenue Officer, notify this Court that Respondent, Willie Jackson, General Partner of Janet and Teacakes, has fully complied with this Court's June 24, 2005 Order Enforcing Summons by appearing before the Internal Revenue Service and producing all documents and testimony as requested.   Accordingly, this Court's Order Holding Respondent in Contempt, entered September 12, 2005, is hereby VACATED.

**ORDERED** this  29th   day of  September , 2005.

*/s/ Claudia Wilken*
THE HONORABLE CLAUDIA WILKEN
United States District Judge